UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TREMANE DARNELL CARTHEN,<br>        Plaintiff,<br>  v.<br>P. SCOTT, et al.,<br>        Defendant(s). | Case No. 19-cv-00605-SK (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a federal prisoner at the United States Penitentiary in Atwater, California (USP Atwater), has filed a pro se complaint for damages against several correctional officers at USP Atwater. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Merced, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: February 6, 2019

_____
SALLIE KIM
United States Magistrate Judge